Case 1:12-cv-00117-RHB-PJG ECF No. 12 filed 09/04/12 PageID.262 Page 1 of 2

FILED - GR
September 4, 2012 2:05 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY JEA /          SCANNED BY: JA / 9/4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW JOHN MILLER,

    Petitioner,

v.

DUNCAN MACLAREN,

    Respondent.

CASE NO. 1:12-cv-117

HON. ROBERT HOLMES BELL

MAG. JOSEPH G. SCOVILLE

## Notice of Filing Rule 5 Materials

TO:    ANASTASE MARKOU
        LEVINE & LEVINE
        427 S BURDICK ST.
        KALAMAZOO, MI 49007

PLEASE TAKE NOTICE that a copy of Rule 5 Material is being served upon the Clerk of the United States District Court for the Western District of Michigan, Southern Division, as set forth in the attached Index of Record.

        Respectfully submitted,

        Bill Schuette
        Attorney General

        /s/ David H. Goodkin
        David H. Goodkin (P69338)
        Assistant Attorney General
        Appellate Division
        P.O. Box 30217
        Lansing, MI 48909
        (517) 373-4875

Dated: August 29, 2012

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW JOHN MILLER,

    Petitioner,

v.

DUNCAN MACLAREN,

    Respondent.

CASE NO. 1:12-cv-117

HON. ROBERT HOLMES BELL

MAG. JOSEPH G. SCOVILLE

## Index of Record

1. Kalamazoo County Docket Sheet 07-0606-FC
2. 02-22-08 Transcript
3. 02-28-08 Transcript
4. 05-14-08 Transcript
5. 05-15-08 Transcript
6. 05-16-08 Transcript
7. 05-19-08 Transcript
8. 05-20-08 Transcript
9. 05-22-08 Transcript
10. 06-30-08 Transcript
11. Michigan Court of Appeals 286580
12. Michigan Supreme Court 141250